**Order entered April 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00280-CR

### MICHAEL BLOOM, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court of Appeals No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MC-R-0019-D**

## ORDER
**Before the Court En Banc**

Before the Court is appellant's April 1, 2014 motion for en banc reconsideration.

Appellant's motion is **DENIED**.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE